JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT SOLEYMANIAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STANLEY BLACK & DECKER, INC., a Maryland corporation, HOME DEPOT USA, INC., a corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CV 14-4660-GW(Ex)<br><br>District Judge: George H. Wu<br>Magistrate Judge: Charles F. Eick<br><br>Complaint Filed: 05-08-2014<br>FAC Filed:　　　10-13-2014<br><br>FPTC:　　　June 4, 2015<br>Trial Date:　June 16, 2015<br><br>**JUDGMENT RE: DEFENDANTS, BLACK & DECKER (U.S.) INC. and HOME DEPOT U.S.A., INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing Date:  May 4, 2015** |

The Court hereby enters Judgment in favor as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that on May 4, 2015, the Motion for

Summary Judgment pursuant to CCP § 437c against Plaintiff ALBERT SOLEYMANIAN, on the

grounds that there is no triable issue of material fact filed by Defendants, BLACK & DECKER

(U.S.) INC. (erroneously sued and served as STANLEY BLACK & DECKER, INC., a

Maryland corporation) and HOME DEPOT U.S.A., INC. is hereby granted.

823-3362-0023

**[PROPOSED] JUDGMENT re: DEFENANTS, BLACK & DECKER (U.S.) INC. and HOME DEPOT U.S.A., INC.'S MOTION FOR SUMMARY JUDGMENT**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOW, THEREFORE, IT IS ADJUDGED, ORDERED AND DECREED** that Plaintiff ALBERT SOLEYMANIAN recover nothing, the action be dismissed on the merits and Defendants BLACK & DECKER (U.S.) INC. (erroneously sued and served as STANLEY BLACK & DECKER, INC., a Maryland corporation) and HOME DEPOT U.S.A., INC. ("Defendants") recover from plaintiff ALBERT SOLEYMANIAN costs and fees.

**IT IS SO ORDERED.**

DATED:  May 15, 2015

_George H. Wu_

GEORGE H. WU, U.S. District Judge

823-3362-0023

- 2 -

**[PROPOSED] JUDGMENT re: DEFENANTS, BLACK & DECKER (U.S.) INC. and HOME DEPOT U.S.A., INC.'S MOTION FOR SUMMARY JUDGMENT**